# EXHIBIT A

DOCS_LA:343102.1 05233/004

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>　　　　　Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JAIPUR LLC,<br><br>　　　　　Defendant. | Adv. Proc. No. 22-50195 (CTG) |

**ORDER APPROVING STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Upon consideration of the *Stipulation for Further Extension of Time for the Defendant to Answer the Complaint* (the "<u>Stipulation</u>") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **<u>Exhibit 1</u>**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.　The Stipulation, attached hereto as **<u>Exhibit 1</u>**, is approved in its entirety.

2.　This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

DOCS_LA:343102.1 05233/004

# EXHIBIT 1 TO ORDER

DOCS_LA:343102.1 05233/004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>Plaintiff,<br><br>vs.<br><br>JAIPUR LLC,<br><br>Defendant. | Adv. Proc. No. 22-50195 (CTG) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Start Man Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Jaipur LLC (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including August 15, 2022.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

7

Dated: August 1, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Peter J. Keane
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
  acaine@pszjlaw.com
  jnolan@pszjlaw.com
  pkeane@pszjlaw.com

*Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Start Man Furniture, LLC, et al.*

Dated: August 1, 2022

HILLER LAW, LLC

/s/
Adam Hiller, Esq. DE No. 4105
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
Telephone: 302-442-7677
Email: ahiller@adamhillerlaw.com

*Counsel to Defendant*

8